**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| JENNIFER BIRCH, | * | |
| Plaintiff, | * | |
| v. | | Civil Action No. _____ |
| | * | |
| AMAZON.COM SERVICES LLC, | | |
| | * | |
| Defendant. | | |
| | * | |

_____

**NOTICE OF REMOVAL**

Defendant Amazon.com Services LLC ("Amazon"), by and through the undersigned counsel and pursuant to 28 U.S.C. §§ 1332, 1441, 1446, and Local Rule 103(5), serves this Notice of Removal of an action filed in the Circuit Court for Worcester County, Maryland, to the United States District Court for the District of Maryland, Northern Division, and states:

1.      Plaintiff Jennifer Birch filed and served a Complaint in the Circuit Court for Worcester County, Maryland, against Amazon, styled *Jennifer Birch v. Amazon.com Services LLC* (the "State Court Action").  Plaintiff's Complaint asserts claims against Amazon for personal injury arising out of an April 11, 2023 accident involving a dog leash in Worcester County, Maryland.

2.      This Notice of Removal is being filed in the United States District Court for the District of Maryland, Northern Division, pursuant to 28 U.S.C. § 1441(a) as the United States District Court for the District of Maryland, Northern Division, is the federal judicial district encompassing the Circuit Court for Worcester County, Maryland.

3.      A true and correct copy of the Summons, the Notice of Service of Process, the Complaint, and Civil Information Report are attached as Exhibits A, B, C, and D respectively. Amazon was served on September 13, 2024.

4.      The Notice of Removal is therefore timely pursuant to 28 U.S.C. § 1446(b) because it is filed within 30 days of the date that Defendant was served with the Complaint, which is the initial pleading setting forth the claim for relief upon which this action is based.

5.      The Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a)(1) because the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs and the matter is between citizens of different States, and the Parties are completely diverse.

6.      The Complaint states the amount in controversy with respect to each Count is in an amount greater than $75,000, plus interest and costs of this suit.

7.      Complete diversity of citizenship exists between the Parties.

8.      Plaintiff is a resident of Worcester County, Maryland.  *Complaint, paragraph 7.* Accordingly, Amazon avers that Plaintiff is, and was at the time of the filing of this action and at the time of removal, domiciled in and a citizen of Maryland for the purposes of determining diversity.

9.      Defendant Amazon.com Services LLC is a Delaware limited liability company.  The sole member of Amazon.com Services LLC is Amazon.com Sales, Inc., which is a Delaware corporation with its principal place of business in Washington. "A limited liability company's citizenship for purposes of diversity jurisdiction turns not on its place of formation or principal place of business, but on the citizenship of the LLC's members." *Troy Brave LLC v. Grantsville Truck & Trailer, LLC*, 692 F. Supp. 3d 516, 521 (D. Md. 2023).  Meanwhile, a

corporation is deemed a citizen of its state of incorporation and of the state where it has its principal place of business. 28 U.S.C. § 1332(c). Amazon.com Services LLC is therefore a citizen of Delaware and Washington for the purposes of determining diversity.  28 U.S.C. § 1332(c)(1).

10.    Accordingly, because the amount in controversy exceeds the sum or value of Seventy-Five Thousand Dollars ($75,000), exclusive of interest and costs, and there is complete diversity as to the citizenship between the Plaintiff and the Defendant, this Court has original jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1332, and the action filed by the Plaintiff in State Court is properly removable to this Court under 28 U.S.C. § 1441.

11.    As required by 28 U.S.C. §1446(a) and Local Rule 103(5)(a), Amazon has attached as Exhibits A, B, C, D, and E to this Notice of Removal, copies of all process, pleadings, documents and orders served upon Defendant relating to the State Court Action.

12.    As required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will be served upon Plaintiff, by and through their counsel of record, and filed with the Clerk of the Circuit Court for Worcester County, Maryland, the State court in which Plaintiff initially commenced this action against Amazon.

13.    The Answer of Amazon, or other response to the Complaint, was not due prior to the filing of this Notice of Removal.  By filing this Notice of Removal, Amazon does not waive any defense or counter-claim that may be available including jurisdictional defenses.  As required by Federal Rule of Civil Procedure 81(c)(2), Amazon will respond to the Complaint within the time set forth therein, unless an extension of the deadline is properly obtained pursuant to this Court's approval.

WHEREFORE, Defendant Amazon respectfully requests that this action be removed in its entirety from the Circuit Court for Worcester County, Maryland to the United States District Court for the District of Maryland, Northern Division, and submits that no further proceedings be had in Maryland State court, and requests such other and further relief as is necessary and proper.

DATED:  OCTOBER 11, 2024

/s/ *Michael T. Wharton*
Michael T. Wharton     [Federal Bar #00308]
WHARTON LEVIN
104 West Street, P.O. Box 551
Annapolis, MD 21404
Tel: (410) 263-5900 / Fax (410) 280-2230
mtw@whartonlevin.com


/s/ *Ashley R. Simon*
Ashley R. Simon        [Federal Bar #30393]
WHARTON LEVIN
104 West Street, P.O. Box 551
Annapolis, MD 21404
Tel: (410) 263-5900 / Fax: (410) 280-2230
ars@whartonlevin.com

*Attorneys for Defendant Amazon.com Services, LLC*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 11th day of October, 2024, a copy of the foregoing was

served by electronic mail, to the following:

Christopher M. FitzPatrick, Esq.
MORGAN & MORGAN DC, PLLC
1902 Pennsylvania Avenue, N.W., Suite 300
Washington, D.C.  20006
cfitzpatrick@forthepeople.company

Rudwin Ayala, Esq.
MORGAN & MORGAN DC, PLLC
20 N. Orange Avenue, Suite 1600
Orlando, Florida 32801
rayala@forthepeople.com

*Attorneys for Plaintiff*

/s/ *Michael T. Wharton*
Michael T. Wharton    [Federal Bar #00308]